UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20159-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

EDUARDO NAVARRO and
NAYADE VARONA,

    Defendants.
_____/

## ORDER SETTING CHANGE OF PLEA

**PLEASE TAKE NOTICE** that the above-styled cause has been **set** for **Change of Plea Hearing** before the Honorable Jose E. Martinez, United States District Judge, on **Tuesday, June 8, 2021, starting at 1:30 p.m.** Due to the current health emergency and to protect the health and safety of the parties and court staff, the court is going to set this Change of Plea Hearing virtually by Zoom-Gov. Login instructions will be emailed to counsel at a later date. Defendants shall file a waiver of their right to appear in the courtroom for this hearing. The Unopposed Motion to Continue Trial Date [DE 17] is hereby GRANTED. The Previous Calendar Call and Trial Date are hereby CANCELLED.

DONE AND ORDERED in Chambers at Miami, Florida this 22 days of April, 2021.

                                                                             JOSE E. MARTINEZ
                                                                             UNITED STATES DISTRICT JUDGE

copies provided:
All Counsel of Record
U.S. Probation Office