UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-20159-CR-MARTINEZ

UNITED STATES OF AMERICA

vs.

NAYADE VARONA,

       Defendant
_____/

## **OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

The defendant, Nayade Varona, through undersigned counsel files these factual objections to the Presentence Investigation Report (PSI) and states:

1. The defendant objects to Paragraph 93. The defendant was not unemployed during the period of 2011 to May 2014. During this period of time she was employed by the medical office of Dr. Gamaliel Mattos (2011 to August 2013). From 2014 to 2015 she was a nursing student at Management Resources College in Miami, FL (see PSI paragraph 88).

2. The defendant objects to Paragraph 102. The sentence should read "it appears she does **not** have the ability to pay a fine."

                                                     Respectfully Submitted,

                                                     /s/ Arnaldo J. Suri
                                                     ARNALDO J. SURI
                                                     ATTORNEY FOR DEFENDANT
                                                     Florida Bar No.: 445088
                                                     9745 SW 77th Street
                                                     Miami, Florida 33173
                                                     Tel. (305) 596-4107
                                                     Fax (305) 596-4515
                                                     Email: arnaldosuri@bellsouth.net