UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-20159-CR-MARTINEZ

UNITED STATES OF AMERICA

vs.

NAYADE VARONA,

       Defendant

_____/

## MOTION FOR VARIANCE

The defendant, Nayade Varona, through undersigned counsel moves this Honorable Court for a downward variance under 18 U.S.C. Section 3553 and states:

1. 18 U.S.C. Section 3553 states that the Court in determining the particular sentence to be imposed should consider among other factors the "history and characteristics of the defendant and the need for the sentence imposed to provide just punishment for the offense."

2. The defendant is charged by way of information with conspiracy to defraud the United States and to commit an offense against the United States in violation of 18 U.S.C. Section 371. The specific substantive offense committed by the defendant was defrauding the United States through her participation in the falsification of FDA clinical trials while in the employment of Tellus Corporation as an assistant study coordinator from June 2014 to July 2016 (18 U.S.C. Section 1343). The presentence investigation report (PSI) establishes her total offense level at 19 (PSI paragraph 66) and a criminal history computation of 0 points for a criminal history category of I (PSI paragraph 69). The total

offense level of 19 criminal history I, if adopted by the Court, establishes a guideline imprisonment range of 30 to 37 months.

3. The defendant is a licensed nurse in the State of Florida. She is 50 years old. The defendant's mother, Teresa Conde Garcia, was diagnosed in 2015 with Alzheimer's disease. Over time as her condition worsened the defendant became the full-time caretaker for her mother. Since 2018 the defendant has devoted herself to the full-time care of her mother. Ms. Conde Garcia lives with the defendant and is completely dependent on the defendant for her activities of daily living, such as toileting, bathing, dressing, and eating. The defendant and her mother live at the home of the defendant's longtime partner in Port St. Lucie, Florida. The longtime partner's name is Reinaldo Hernandez Silva and fortunately for the defendant and her mother he has financially supported the defendant so that she could take care of her mother full-time since 2018. The defendant is her mother's sole means of everyday physical and emotional care. The only other relative living in the United State is the defendant's sister, Yadelmis Varona Conde who lives in Kentucky with her husband and two minor children, one of whom is 2 years old. The defendant's sister does not have the financial means or living arrangements to take on the full-time care of her mother. The defendant through undersigned counsel respectfully requests that this Honorable Court consider the hardship facing the defendant's mother if the defendant is sentenced to imprisonment. The defendant fully accepts that she must be punished for her crimes but asks the Court to consider a sentence of home confinement combined with any other conditions imposed by this Honorable Court that will provide just punishment but nonetheless enable her to care for her mother in the final stages of her life.

4. The defendant was first contacted by the government in March of 2018 and informed she was a target of a criminal investigation. The undersigned attorney was CJA appointed at that time. Almost immediately the defendant began to cooperate with the government and her cooperation is ongoing. Throughout this period of time the defendant has committed no violations of law and since she has been on pretrial release she has complied with all of her court ordered condition of bond (PSI paragraph 11).

Respectfully Submitted,

/s/ Arnaldo J. Suri
ARNALDO J. SURI
ATTORNEY FOR DEFENDANT
Florida Bar No.: 445088
9745 SW 77th Street
Miami, Florida 33173
Tel. (305) 596-4107
Fax (305) 596-4515
Email: arnaldosuri@bellsouth.net