

28 July 2021

**Re:**   *United States v. Navarro et al.*, 1:21-cr-20159-JEM (S.D. Fla.)

Dear Judge Martinez,

I was CEO of Vascular Pharmaceuticals from 2012-2017 and am currently CEO of Basking Biosciences.  During which time when I was running Vascular Pharmaceuticals, we engaged Tellus Clinical Research as an investigative site for a Phase 2 clinical trial in diabetic nephropathy.  We did not identify that Tellus had forged data until the very end of the trial as that is when the PK (levels of drug in the blood) were analyzed.  We subsequently informed FDA and reanalyzed our data with the Tellus data excluded.  The results were mixed, and the program did not move forward.  It is not possible to predict what impact the Tellus data (if legitimate) would have had on the statistical outcome of the trial.

While the potential that our program might have data to support moving forward (there are no disease modifying drugs approved for diabetic nephropathy, a condition that leads to many patients requiring dialysis) there is a larger societal impact of their actions in my opinion. The entire clinical trial system supporting drug approval relies on public trust that the trial data is valid.  The actions of the people at Tellus that were involved in this fraud, puts that entire system at risk.   If society doesn't trust that if trials showing a drug to be efficacious and safe are based on real data, then the entire FDA approval process is undermined.  The current resistance in some groups to getting the COVID vaccines demonstrates the sensitivity of this issue of public trust in adopting therapies approved by FDA.  By falsifying data, these people struck at the foundation of trust that this entire process relies on.  As a 29-year industry professional, this is an unforgivable offense that rises far above monetary issues.

Sincerely,

*Richard J. Shea*

Richard J. Shea
Chief Executive Officer
Basking Biosciences, Inc.