# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# SENTENCING MINUTES FOR
# HONORABLE JOSE E. MARTINEZ

Deft: Nayade Varona                     Case No: 1:21-20159-CR-MARTINEZ-2
Clerk: Diane Quinn                      Date: August 11, 2021

Reporter: Tammy Nestor                  USPO: Vanessa Pulido

AUSA: Joshua Rothman, Laura Elfner      Arnaldo Suri, Esq.
Interpreter: Luz Oramas

## SENTENCING
## JUDGEMENT AND SENTENCE

**Imprisonment:**          Months              Count(s)
                             30                   1

**Supervised Release**/Probation   Year(s)          Count(s)
                                      3                1

**Special Conditions:** Financial Disclosure Requirement, Health Care and Medical Clinical Trials or Research Business Restriction: The Defendant shall not own, directly or indirectly, or be employed, directly or indirectly, in any health care and medical clinical trials or research business or service, which submits claims to any private or government insurance company, without the Court's approval. Self-Employment Restriction, Relinquishment of Licensure, and Unpaid Restitution, Fines or Special Assessments.

**Special Assessment:** $100.00 as to Count One for a total of $100.00.

**Restitution:** $2,134,503.56 joint and several with Co-Defendant Eduardo Navarro

Court advised defendant of right to appeal. In the Interest of Justice, Defendant verbally waived her appearance in the courtroom on the record. US Probation office has possession of the valid United States and an expired Cuban passport. It is ordered the probation office is to send the passports to the Department of State.

## CUSTODY

\_\_\_\_  Remanded to the Custody of the U.S. Marshal Service in Miami, Florida.
\_\_\_\_  Release on Bond pending appeal.
  **X**  Self-Surrender to U.S. Marshal Service at 400 N. Miami Ave, Miami, Florida on Wednesday, August 25, 2021 before 1:30 p.m.

Commitment Recommendation:

The defendant shall be assigned to a facility as close to the Southern District of Florida as possible commensurate with her background and the offense of which she stands convicted.